# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2022 CW 1078

NOVEMBER 21, 2022

---

In Re:    Advanced Environmental Consulting, Inc., applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 676874.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**WRC**
**CHH**

**Theriot, J.,** would not consider the writ. This writ
application fails to comply with Uniform Rules of Louisiana
Courts of Appeal, Rules 4-5(C)(6) and (10). Relator, Advanced
Environmental Consulting, Inc., failed to include a copy of the
judgment or ruling complained of or a copy of the pertinent
court minutes.

COURT OF APPEAL, FIRST CIRCUIT

a.SN

---
DEPUTY CLERK OF COURT
      FOR THE COURT